IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-24-GCM

| | |
|---|---|
| THOMAS PAGANI, <br>     Plaintiff, <br> v. <br> MODUS EDISCOVERY, INC. <br> f/k/a IVIZE SERVICES, INC., and <br> ABTIN BUEGARI a/k/a ABTIN AKBARI <br> a/k/a ABTIn ABKARI, <br>     Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Paul Simon,** filed January 12, 2016 [doc. # 4].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Simon is admitted to appear before this court *pro hac vice* on behalf of Defendants, Modus eDiscovery, Inc. and Abtin Buergari.

**IT IS SO ORDERED.**

Signed: January 13, 2016

Graham C. Mullen
United States District Judge