# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE **DIVISION**
### CIVIL ACTION NO. 3:16-CV-00024-GCM

| | | |
|---|---|---|
| THOMAS PAGANI, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| ABTIN BUERGARI | ) | |
| MODUS EDISCOVERY, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendants' Motion for Summary Judgment (Doc. No. 11) and Memorandum in Support (Doc. No. 12). Because Defendants' Motion may resolve this matter, the Court will order that discovery be stayed until its disposition. In the event that Plaintiff requires additional, specific discovery in order to respond to Defendants' Motion, he is instructed to notify chambers by letter, copying defense counsel, that explains the discovery requested and the amount of time necessary to undertake such discovery. Defense counsel may respond by letter in the event of any disagreement, and the Court will set a conference if necessary.

**SO ORDERED.**

Signed: April 11, 2016

Graham C. Mullen
United States District Judge