**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
CHARLOTTE **DIVISION**
**CIVIL ACTION NO.** 3:16-CV-00024-GCM

| | | |
|---|---|---|
| THOMAS PAGANI**,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| ABTIN BUERGARI | ) | |
| MODUS EDISCOVERY**,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own Motion.  Plaintiff filed his Amended Complaint on February 1, 2016.  (Doc. No. 8)  On February 18, Defendants' filed their Answer. (Doc. No. 9)  After the attorneys filed their Certification of Initial Attorney Conference and Discovery Plan (Doc. No. 10), this matter was set for a pretrial conference.  Before the conference was conducted, Defendants filed a Motion for Summary Judgment (Doc. No. 11) and Memorandum in Support (Doc. No. 12).  This Court requested that Plaintiff informally notify the Court of any discovery needed to respond to Defendant's Motion and ordered that discovery be stayed in the interim.  (Doc. No. 13)  The Court has considered Plaintiff's requests, submitted by letter copying Defense Counsel, as well as Defendants' opposition, and has determined that a status conference is necessary to resolve this discovery dispute.  Plaintiff is not required to respond to Defendant's Motion for Summary Judgment prior to the conference.

**IT IS THEREFORE ORDERED** that both parties appear in court for a status conference on June 1, 2016 at 10:30 am.  Counsel should be prepared to discuss Defendant's Motion and the discovery issues mentioned in their letters to the Court.

**SO ORDERED.**

Signed: April 27, 2016

Graham C. Mullen
United States District Judge