# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-00024-GCM

| | |
|---|---|
| THOMAS PAGANI, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ABTIN BUERGARI ) | |
| MODUS EDISCOVERY, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER** is before the Court on its own motion. On April 7, 2016, Defendant filed a Motion for Summary Judgment (Doc. No. 11) and Memorandum in Support (Doc. No. 12). Plaintiff's response is currently due May 23, 2016. However, Plaintiff and Defendant disagree about whether Plaintiff is entitled to conduct discovery before filing his response. The Court set a status conference for June 1, 2016 in order to resolve this issue. After the status conference, the Court will issue a scheduling order resetting the deadlines in accordance with discussions with counsel. **IT IS THEREFORE ORDERED** that the deadline to respond to Defendant's Motion for Summary Judgment will be **STAYED.**

**SO ORDERED.**

Signed: May 20, 2016

Graham C. Mullen
United States District Judge