IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-24-GCM

| THOMAS PAGANI, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) |
| MODUS EDISCOVERY, INC., | ) |
| Defendant. | ) |
| | ) **ORDER** |

THIS MATTER IS BEFORE THE COURT on the Motion for Admission *Pro Hac Vice* concerning **Elyse MacNamara** filed April 11, 2017 [Doc. # 25].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby **grants** the Motion.

In accordance with Local Rule 83.1, Ms. MacNamara is admitted to appear before this court *pro hac vice* on behalf of Defendant, Modus eDiscovery.

**IT IS SO ORDERED.**

Signed: April 12, 2017

Graham C. Mullen
United States District Judge