# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-CV-24-GCM

| THOMAS PAGANI, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| MODUS eDISCOVERY, | ) |  |
| Defendant. | ) |  |

**THIS MATTER** is before the Court on its own motion.

In light of the Parties' Notice of Settlement (Doc. No. 37), the trial in this matter is hereby continued from the July 16, 2018 term. The Court retains the discretion to dismiss the matter or to re-set the trial at a later date should the parties fail to file a stipulation of dismissal within the allotted time.

**IT IS SO ORDERED.**

Signed: June 25, 2018

Graham C. Mullen
United States District Judge